# Court of Appeals
# of the State of Georgia

ATLANTA,  October 08, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0063.  MARRICO J. YOUNG v. CHARLES P. ROSE, JR.**

Marrico J. Young seeks discretionary review of the trial court's order denying the filing of his proposed pro se mandamus action seeking to obtain a ruling on a pending motion in his criminal case.  The Supreme Court, however, has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'").  Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/08/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen  *, Clerk.*